UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| The Government of Canada, the Government of Alberta, the Government of Québec, the British Columbia Lumber Trade Council, Fontaine, Inc., Interfor Corporation, Interfor Sales & Marketing Ltd., <br><br>          *Plaintiffs*, <br><br>   v. <br><br>The United States, <br><br>          *Defendant*. | **SUMMONS** <br> **Court No. 23-00187** |

TO:  The Attorney General and the U.S. Department of Commerce:

PLEASE TAKE NOTICE that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

                                          s/ Mario Toscano
                                          Clerk of the Court

---

**1.**  **Name and Standing of Plaintiffs**

Plaintiffs in this action are the Government of Canada, the Government of Alberta, the Government of Québec, the British Columbia Lumber Trade Council, Fontaine, Inc., Interfor Corporation, and Interfor Sales & Marketing Ltd.

The Government of Canada is a government of a country in which the subject merchandise is produced or manufactured and from which such merchandise is exported and therefore an interested party within the meaning of 19 U.S.C. § 1677(9)(B), 19 U.S.C. § 1516a(f)(3), and 28 U.S.C. § 2631(k)(1). The Government of Canada actively participated in the antidumping duty administrative review before the U.S. Department of Commerce upon which the contested final results were based and is an interested party pursuant to 19 U.S.C. § 1677(9)(B). The Government of Canada has standing to bring this action under 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

The Government of Alberta is a government of a country in which the subject merchandise is produced or manufactured and from which such merchandise is exported and therefore an interested party within the meaning of 19 U.S.C. § 1677(9)(B), 19 U.S.C. § 1516a(f)(3), and 28 U.S.C. § 2631(k)(1).  The Government of Alberta actively participated in the antidumping duty administrative review before the U.S. Department of Commerce upon which the contested final results were based and is an interested party pursuant to 19 U.S.C. § 1677(9)(B).  The Government of Alberta has standing to bring this action under 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

The Government of Québec is a government of a country in which the subject merchandise is produced or manufactured and from which such merchandise is exported and therefore an interested party within the meaning of 19 U.S.C. § 1677(9)(B), 19 U.S.C. § 1516a(f)(3), and 28 U.S.C. § 2631(k)(1).  The Government of Québec actively participated in the antidumping duty administrative review before the U.S. Department of Commerce upon which the contested final results were based and is an interested party pursuant to 19 U.S.C. § 1677(9)(B).  The Government of Québec has standing to bring this action under 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

The British Columbia Trade Council is a trade or business association a majority of the members of which are producers, exporters, or importers of such merchandise and therefore an interested party within the meaning of 19 U.S.C. § 1677(9)(A), 19 U.S.C. § 1516a(f)(3), and 28 U.S.C. § 2631(k)(1).  The British Columbia Trade Council actively participated in the antidumping duty administrative review before the U.S. Department of Commerce upon which the contested final results were based and is an interested party pursuant to 19 U.S.C. § 1677(9)(B). The British Columbia Trade Council has standing to bring this action under 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

Fontaine Inc. is a foreign manufacturer, producer, and exporter of the subject merchandise and therefore an interested party within the meaning of 19 U.S.C. § 1677(9)(A), 19 U.S.C. § 1516a(f)(3), and 28 U.S.C. § 2631(k)(1).  Fontaine Inc. actively participated in the antidumping duty administrative review before the U.S. Department of Commerce upon which the contested final results were based and is an interested party pursuant to 19 U.S.C. § 1677(9)(B).  Fontaine Inc. has standing to bring this action under 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

Interfor Corporation is a foreign manufacturer, producer, and exporter, as well as a U.S. importer of the subject merchandise and therefore an interested party within the meaning of 19 U.S.C. § 1677(9)(A), 19 U.S.C. § 1516a(f)(3), and 28 U.S.C. § 2631(k)(1).  Interfor Sales & Marketing Ltd. is a foreign exporter and a U.S. importer of the subject merchandise and therefore an interested party within the meaning of 19 U.S.C. § 1677(9)(A), 19 U.S.C. § 1516a(f)(3), and 28 U.S.C. § 2631(k)(1).  Interfor Corporation and Interfor Sales & Marketing Ltd. actively participated in the antidumping duty administrative review before the U.S. Department of Commerce upon which the contested final results were based and are interested parties pursuant to 19 U.S.C. § 1677(9)(B).  Interfor Corporation and Interfor Sales & Marketing Ltd. have standing to bring this action under 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

2. **Brief Description of Contested Determination**

Plaintiffs contest certain findings of fact and conclusions of law made by the U.S. Department of Commerce contained in *Certain Softwood Lumber Products From Canada: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2021*, 88 Fed. Reg. 50,106 (Dep't Commerce Aug. 1, 2023).

3. **Date of Determination**

The final results of the administrative review of the antidumping duty order of Softwood Lumber from Canada and accompanying Issues and Decision Memorandum were released by the U.S. Department of Commerce on July 26, 2023 and published in the Federal Register on August 1, 2023. The final results were amended as to West Fraser Mills Ltd. and the non-selected companies and have not yet been published in the Federal Register.

4. **Date of Publication in Federal Register of Notice of Contested Determination**

The final results of the administrative review of the antidumping duty order of Softwood Lumber from Canada, were published on August 1, 2023 at 88 Fed. Reg. 50,106.

Respectfully submitted,

*/s/ Eric S. Parnes*
Eric S. Parnes
Joanne E. Osendarp
Lynn G. Kamarck
Alan G. Kashdan
Tyler J. Kimberly
**Blank Rome LLP**
1825 Eye Street NW
Washington, DC 20006
(202) 420-5479
eric.parnes@blankrome.com

*Counsel to the Government of Canada*

<div style="display: flex;">

<div>

*/s/ Lynn Fischer Fox*
Lynn Fischer Fox
Gina M. Colarusso
Archana Rao P. Vasa
**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Ave NW
Washington, DC 20001
(202) 942-5000
lynn.fischerfox@arnoldporter.com

*Counsel to the Government of Alberta*

*/s/ Amy J. Lentz*
Amy J. Lentz
Stephanie Wang
**Steptoe & Johnson**
1330 Connecticut Ave NW
Washington, DC 20036
(202) 429-1320
alentz@steptoe.com

*Counsel to the British Columbia Lumber Trade Council*

*/s/ Diana Dimitriuc Quaia*
Matthew Nolan
Diana Dimitriuc Quaia
Mario Torrico
**ArentFox Schiff LLP**
1717 K Street, NW
Washington, DC 20006
(202) 857-6291
diana.dimitriuc-quaia@afslaw.com

*Counsel to Interfor Corporation and Interfor Sales & Marketing Ltd.*

</div>

<div>

*/s/ Nancy A. Noonan*
Nancy A. Noonan Esq.
Matthew J. Clark, Esq
**ArentFox Schiff LLP**
1717 K Street, NW
Washington, DC 20006-5344
(202) 857-6479
Nancy.Noonan@afslaw.com

*Counsel to the Government of Québec*

*/s/ Mark B. Lehnardt*
Mark B. Lehnardt
**Law Offices of David L. Simon, PLLC**
1025 Connecticut Ave., N.W., Ste. 1000
Washington, D.C. 20036
(202) 642-4850
MarkLehnardt@DLSimon.com

*Counsel to Fontaine, Inc.*

</div>

</div>

Dated: September 6, 2023

## **SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.