UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| GOVERNMENT OF CANADA, GOVERNMENT OF ALBERTA, GOVERNMENT OF QUÉBEC, BRITISH COLUMBIA LUMBER TRADE COUNCIL, FONTAINE, INC., INTERFOR CORPORATION, INTERFOR SALES & MARKETING LTD., <br><br>        Plaintiffs, <br>and <br><br>CANFOR CORPORATION, CANADIAN FOREST PRODUCTS, LTD., CANFOR WOOD PRODUCTS MARKETING LTD., GOVERNMENT OF ONTARIO, CARRIER LUMBER LTD., CARRIER FOREST PRODUCTS LTD., OLYMPIC INDUSTRIES INC., OLYMPIC INDUSTRIES ULC, <br><br>        Plaintiff-Intervenors, <br><br>        v. <br><br>UNITED STATES, <br><br>        Defendant, <br>and <br><br>COMMITTEE OVERSEEING ACTION FOR LUMBER INTERNATIONAL TRADE INVESTIGATIONS OR NEGOTIATIONS, <br><br>        Defendant-Intervenor. | Before: Jennifer Choe-Groves, Judge <br><br>Court No. 23-00187 |

**ORDER**

Before the Court is the Consent Motion to Intervene ("Motion to Intervene" or "Mot.

Interv."), ECF No. 75, filed by proposed Defendant-Intervenor Sierra Pacific Industries, including its subsidiary Seneca Sawmill Company (collectively, "Sierra Pacific").

In actions filed pursuant to 19 U.S.C. § 1516a, a party may intervene as a matter of right if that party is an "interested party," 19 U.S.C. § 1516a(f)(3), "would be adversely affected or aggrieved by a decision in a civil action pending in the Court of International Trade," 28 U.S.C. § 2631(j)(1), and "was a party to the proceeding in connection with which the matter arose," 28 U.S.C. § 2631(j)(1)(B). Pursuant to 19 U.S.C. § 1516a(f)(3), "interested party" includes "a manufacturer, producer, or wholesaler in the United States of a domestic like product," id. § 1677(9)(C). A "party to the proceeding" is defined as one that "provides factual information or promotes a legal position before [the U.S. Department of] Commerce." Legacy Classic Furniture, Inc. v. United States, 35 CIT 420, 422, 774 F. Supp. 2d 1293, 1295 (2011). To be timely, the motion to intervene as a matter of right must be made no later than 30 days after the date of service of the complaint. USCIT R. 24(a)(3).

Sierra Pacific moves to intervene as a matter of right pursuant to USCIT Rule 24. Mot. Interv. at 2. Plaintiffs Government of Canada, Government of Québec, British Columbia Lumber Trade Council, Fontaine, Inc., Interfor Corporation, and Interfor Sales & Marketing Ltd. have consented to the motion. Id. at 3. Plaintiff-Intervenors Canfor Corporation, Canadian Forest Products, Ltd., Canfor Wood Products Marketing Ltd., the Government of Ontario, Carrier Lumber Ltd., Carrier Forest Products Ltd ., Olympic Industries Inc. Olympic Industries ULC, West Fraser Mills Ltd. have consented to the motion. Id. at 3-4. Proposed Plaintiff-Intervenors Chaleur Forest Products Inc., Chaleur Forest Products L.P., Delco Forest Products Ltd., Devon Lumber Co. Ltd., H.J. Crabbe & Sons Ltd., J.D. Irving, Limited, Langevin Forest Products Inc., Marwood Ltd., North American Forest Products Ltd., Twin Rivers Paper Co. Inc.,

AJ Forest Products Ltd., ER Probyn Export Limited, Rayonier A.M. Canada G.P., and Scierie Alexandre Lemay & Fils Inc. have consented to the motion.  Id. at 3-4.  Defendant United States and Defendant-Intervenor Committee Overseeing Action for Lumber International Trade Investigations or Negotiations have consented to the motion.  Id. at 4.

Sierra Pacific is an interested party to this proceeding because it is a domestic producer of softwood lumber and participated in the underlying antidumping duty administrative review as an interested party under section 771 (9)(C) of the Tariff Act of 1930, as amended, and submitted a case brief, and a rebuttal brief in the proceeding leading to the *Final Results* of the administrative review.  Id. at 2; 19 U.S.C. § 1677(9)(C).  Sierra Pacific's Motion to Intervene was filed timely on November 10, 2023, 35 days after Plaintiffs' filing of the Complaint by mail on October 6, 2023.  Mot. Interv. at 2-3; Compl., ECF No. 15.

Upon consideration of Sierra Pacific's Motion to Intervene, and all other papers and proceedings in this action, it is hereby

**ORDERED** that Sierra Pacific's Motion to Intervene, ECF No. 75, is granted, and it is further

**ORDERED** that Sierra Pacific is entered as Defendant-Intervenor in Government of Canada v. United States, Court No. 23-00187.

      /s/ Jennifer Choe-Groves
    Jennifer Choe-Groves, Judge

Dated: November 20, 2023
New York, New York