UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| GOVERNMENT OF CANADA, et al.,<br>   *Plaintiffs*,<br>CANFOR CORPORATION, et al.,<br>   *Plaintiff-Intervenors*,<br>   v.<br>UNITED STATES,<br>   *Defendant*,<br>COMMITTEE OVERSEEING ACTION FOR LUMBER INTERNATIONAL TRADE INVESTIGATIONS OR NEGOTIATIONS et al.,<br>   *Defendant-Intervenors*. | Court No. 23-00187 |
| CANFOR CORPORATION, et al.,<br>   *Plaintiffs*,<br>TOLKO INDUSTRIES LTD., et al.,<br>   *Plaintiff-Intervenors*,<br>   v.<br>UNITED STATES,<br>   *Defendant*,<br>COMMITTEE OVERSEEING ACTION FOR LUMBER INTERNATIONAL TRADE INVESTIGATIONS OR NEGOTIATIONS, et al.,<br>   *Defendant-Intervenors*. | Court No. 23-00188 |

| | |
|---|---|
| COMMITTEE OVERSEEING ACTION FOR LUMBER INTERNATIONAL TRADE INVESTIGATIONS OR NEGOTIATIONS,<br><br>    *Plaintiff*,<br><br>SIERRA PACIFIC INDUSTRIES,<br><br>    *Plaintiff-Intervenor*,<br><br>  v.<br><br>UNITED STATES,<br><br>    *Defendant*,<br><br>CARRIER FOREST PRODUCTS LTD., et al.,<br><br>    *Defendant-Intervenors*. | Court No. 23-00189 |
| TOLKO INDUSTRIES LTD., et al.,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>UNITED STATES,<br><br>    *Defendant*,<br><br>COMMITTEE OVERSEEING ACTION FOR LUMBER INTERNATIONAL TRADE INVESTIGATIONS OR NEGOTIATIONS, et al.,<br><br>    *Defendant-Intervenors*. | Court No. 23-00204 |
| RESOLUTE FP CANADA INC., et al.,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>UNITED STATES,<br><br>    *Defendant*,<br><br>COMMITTEE OVERSEEING ACTION FOR LUMBER INTERNATIONAL TRADE INVESTIGATIONS OR NEGOTIATIONS, et al.,<br><br>    *Defendant-Intervenors*. | Court No. 23-00206 |

**PROPOSED ORDER**

Upon consideration of the Motion to Consolidate filed by the Committee Overseeing Action for Lumber International Trade Investigations or Negotiations, it is hereby

**ORDERED** that the motion is granted; and it is further

**ORDERED** that the above-captioned cases are consolidated into *Government of Canada v. United States*, Ct. No. 23-00187; and it is further

**ORDERED** that the parties shall file a single joint status report and proposed scheduling order in the lead case no later than December 11, 2023.

**SO ORDERED.**

_____
The Honorable Jennifer Choe-Groves, Judge

Dated: _____
         New York, New York

# UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| GOVERNMENT OF CANADA, et al.,         *Plaintiffs*, <br>CANFOR CORPORATION, et al.,         *Plaintiff-Intervenors*, <br>v. <br>UNITED STATES,         *Defendant*, <br>COMMITTEE OVERSEEING ACTION FOR LUMBER INTERNATIONAL TRADE INVESTIGATIONS OR NEGOTIATIONS, et al.,         *Defendant-Intervenors*. | Court No. 23-00187 |
| CANFOR CORPORATION, et al.,         *Plaintiffs*, <br>TOLKO INDUSTRIES LTD., et al.,         *Plaintiff-Intervenors*, <br>v. <br>UNITED STATES,         *Defendant*, <br>COMMITTEE OVERSEEING ACTION FOR LUMBER INTERNATIONAL TRADE INVESTIGATIONS OR NEGOTIATIONS, et al.,         *Defendant-Intervenors*. | Court No. 23-00188 |

| | |
|---|---|
| COMMITTEE OVERSEEING ACTION FOR LUMBER INTERNATIONAL TRADE INVESTIGATIONS OR NEGOTIATIONS,<br><br>    *Plaintiff*,<br><br>SIERRA PACIFIC INDUSTRIES,<br><br>    *Plaintiff-Intervenor*,<br><br>    v.<br><br>UNITED STATES,<br><br>    *Defendant*,<br><br>CARRIER FOREST PRODUCTS LTD., et al.,<br><br>    *Defendant-Intervenors*. | Court No. 23-00189 |
| TOLKO INDUSTRIES LTD., et al.,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>UNITED STATES,<br><br>    *Defendant*,<br><br>COMMITTEE OVERSEEING ACTION FOR LUMBER INTERNATIONAL TRADE INVESTIGATIONS OR NEGOTIATIONS, et al.,<br><br>    *Defendant-Intervenors*. | Court No. 23-00204 |
| RESOLUTE FP CANADA INC., et al.,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>UNITED STATES,<br><br>    *Defendant*,<br><br>COMMITTEE OVERSEEING ACTION FOR LUMBER INTERNATIONAL TRADE INVESTIGATIONS OR NEGOTIATIONS, et al.<br><br>    *Defendant-Intervenors*. | Court No. 23-00206 |

## MOTION TO CONSOLIDATE

Pursuant to Rule 42(a) of the Rules of the U.S. Court of International Trade ("USCIT"), the Committee Overseeing Action for Lumber International Trade Investigations or Negotiations ("COALITION"), respectfully requests that the Court consolidate the five above-captioned appeals under the lead case *Government of Canada v. United States*, Court No. 23-00187.

On August 1, 2023, the U.S. Department of Commerce ("Commerce") published its final determination in the fourth administrative review of the antidumping duty order on certain softwood lumber products from Canada. *See Certain Softwood Lumber Products From Canada: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2021*, 88 Fed. Reg. 50,106 (Dep't Commerce Aug. 1, 2023) ("*Final Results*"); *Certain Softwood Lumber Products from Canada: Amended Final Results of Antidumping Duty Administrative Review in Part; 2021*, 88 Fed. Reg. 61,511 (Dep't Commerce Sept. 7, 2023) (amending the *Final Results* to correct for a ministerial error identified by the COALITION).

Five separate actions challenging aspects of the *Final Results* have been commenced in this Court: (1) *Government of Canada v. United States*, No. 23-00187; (2) *Canfor Corp. v. United States*, No. 23-00188; (3) *Committee Overseeing Action for Lumber Int'l Trade Investigations or Negotiations v. United States*, No. 23-00189; (4) *Tolko Industries Ltd. v. United States*, No. 23-00204; and (5) *Resolute FP Canada Inc. v. United States*, No. 23-00206.

Pursuant to USCIT Rule 42(a), "{i}f actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay." The Court possesses "broad discretion" in determining whether to grant consolidation. *See Manuli, USA, Inc. v. United States*, 659 F. Supp. 244, 247 (Ct. Int'l Trade 1987) (citation omitted). The plaintiffs in court numbers 23-00187, 23-00188, 23-00189, 23-00204, and 23-00206 each

3

challenge the same administrative proceeding and involve the same administrative record. Thus, consolidating these cases will promote judicial efficiency and conserve the resources of the parties and the Court because it will reduce the number of duplicative filings that would occur if the cases remained separate. *See Vicentin S.A.I.C. v. United States*, 324 F. Supp. 3d 1377, 1380 (Ct. Int'l Trade 2018) (explaining that "{c}onsolidation may be appropriate when it promotes judicial economy or avoids inconsistent results" (citation omitted)). Moreover, each of the above-captioned cases have been assigned to the same judge.

Although motions to consolidate pursuant to USCIT Rule 42(a) are not specified in USCIT Rule 7(f), counsel for the COALITION conferred by email on November 28, 2023 with counsel to the parties (and intervenor-applicants) in the above-captioned cases regarding their position on the relief sought in this motion. These consultations are summarized below:

- On November 28, 2023, Jeffrey S. Grimson, counsel for Olympic Industries, Inc., Olympic Industries ULF, Carrier Forest Products Ltd., and Carrier Lumber Ltd., indicated that they have no objection to consolidation.
- On November 29, 2023, Elliot J. Feldman, counsel for Resolute FP Canada Inc., the Conseil de l'Industrie forestière du Québec, and the Ontario Forest Industries Association, stated that they agree with consolidation.
- On November 29, 2023, Stephen C. Tosini, counsel for the United States, stated that the government agrees with consolidation.
- On November 29, 2023, Nancy A. Noonan, counsel for the Government of Québec, consented to this motion.
- On November 29, 2023, Amy Lentz, counsel for British Columbia Lumber Trade Council, indicated that they agree with consolidation.
- On November 29, 2023, Donald Harrison, counsel for West Fraser Mills Ltd., indicated that they agree with consolidation.
- On November 29, 2023, Henry D. Almond, counsel for Tolko Industries Ltd., Tolko Marketing and Sales Ltd., and Gilbert Smith Forest Products Ltd., consented to this motion.
- On November 29, 2023, Lynn Fisher Fox, counsel for the Government of Alberta, indicated that they agree with consolidation.

- On November 29, 2023, R. Will Planert, counsel for Canfor Corporation, Canadian Forest Products, Ltd., and Canfor Wood Products Marketing, Ltd., consented to this motion.

- On November 29, 2023, Diana Dimitriuc-Quaia, counsel for Interfor Corporation and Interfor Sales and Marketing Ltd., consented to this motion.

- On November 29, 2023, Stephanie E. Hartmann, counsel for Sierra Pacific Industries, including its subsidiary Seneca Sawmill Company, consented to this motion.

- On November 29, 2023, H. Deen Kaplan, counsel for the Government of Ontario, indicated they agree with consolidation.

- On November 30, 2023, Eric S. Parnes, counsel for the Government of Canada, consented to this motion.

- On November 30, 2023, Mark. B. Lehnardt, counsel for Fontaine Inc., indicated that it does not oppose this motion.

Counsel for the COALITION also consulted with the following non-parties that have filed motions to intervene:

- On November 29, 2023, Jay C. Campbell, counsel for J.D. Irving, Limited, consented to this motion.

- On November 29, 2023, Diana Dimitriuc-Quaia, counsel for Chaleur Forest Products Inc. and Chaleur Forest Products L.P., consented to this motion.

- On November 29, 2023, Rajib Pal, counsel for Delco Forest Products Ltd., Devon Lumber Co. Ltd., H.J. Crabbe & Sons Ltd., Langevin Forest Products Inc., Marwood Ltd., North American Forest Products Ltd., and Twin Rivers Paper Co. Inc., consented to this motion.

- On November 30, 2023, Myles S. Getlan, counsel for ER Probyn Export Limited, Rayonier A.M. Canada G.P., AJ Forest Products Ltd., and Scierie Alexandre Lemay & Fils Inc., consented to this motion.

WHEREFORE, the COALITION respectfully request that this Court consolidate the above-captioned cases into the lead case, *Government of Canada v. United States*, Court No. 23-00187.

                    Respectfully submitted,

                    /s/ Zachary J. Walker
                    Zachary J. Walker

                    **PICARD KENTZ & ROWE LLP**
                    1750 K Street, NW – Suite 800
                    Washington, DC 20006
                    (202) 888-0595
                    zwalker@pkrllp.com

                    *Counsel to the COALITION*

Dated:  December 1, 2023