IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| GOVERNMENT OF CANADA, *et al.*,<br><br>    Plaintiffs,<br><br>    and<br><br>CANFOR CORPORATION, *et al.*<br><br>    Plaintiff-intervenors,<br><br>    v.<br><br>UNITED STATES,<br><br>    Defendant,<br><br>    and<br><br>COMMITTEE OVERSEEING ACTION FOR LUMBER INTERNATIONAL TRADE INVESTIGATIONS OR NEGOTIATIONS; and SIERRA PACIFIC INDUSTRIES.<br><br>    Defendant-Intervenors. | Consol. Court No. 23-00187 |

**ORDER**

On consideration of plaintiffs' motion to strike, ECF No. 146, and all other pertinent papers, it is hereby

ORDERED that the motion is _____.

Dated: _____, 2025                       _____
      New York, NY                                            JUDGE

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| GOVERNMENT OF CANADA, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> and ) <br> ) <br> CANFOR CORPORATION, *et al*. ) <br> ) <br> Plaintiff-intervenors, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES, ) <br> ) <br> Defendant, ) <br> ) <br> and ) <br> ) <br> COMMITTEE OVERSEEING ACTION FOR ) <br> LUMBER INTERNATIONAL TRADE ) <br> INVESTIGATIONS OR NEGOTIATIONS; ) <br> and SIERRA PACIFIC INDUSTRIES. ) <br> ) <br> Defendant-Intervenors. ) <br> ) | Consol. Court No. 23-00187 |

**DEFEDNANT'S RESPONSE TO PLAINTIFF'S MOTION TO STRILE**

Defendant, the United States, respectfully responds to the motion to strike filed by the Canadian Parties. ECF No. 146. We defer to the Court regarding the scope of the supplemental briefing that it ordered. *See* ECF No. 141 (ordering supplemental briefing and setting schedule).

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General

PATRICIA M. McCARTHY
Director

|  |  |
|---|---|
|  | /s/ CLAUDIA BURKE |
|  | Deputy Director |
|  |  |
|  | /s/ STEPHEN C. TOSINI |
|  | Senior Trial Counsel |
|  | Department of Justice |
|  | Civil Division |
|  | Commercial Litigation Branch |
|  | P.O. Box 480, Ben Franklin Station |
|  | Washington, D.C. 20044 |
|  | Tel.: (202) 616-5196 |
|  | Fax: (202) 353-0461 |
|  | Email: stephen.tosini@usdoj.gov |
| February 6, 2025 | Attorneys for Defendant United States |