IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| GOVERNMENT OF CANADA, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> and ) <br> ) <br> CANFOR CORPORATION, *et al.* ) <br> ) <br> Plaintiff-intervenors, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES, ) <br> ) <br> Defendant, ) <br> ) <br> and ) <br> ) <br> COMMITTEE OVERSEEING ACTION FOR ) <br> LUMBER INTERNATIONAL TRADE ) <br> INVESTIGATIONS OR NEGOTIATIONS; ) <br> and SIERRA PACIFIC INDUSTRIES. ) <br> ) <br> Defendant-Intervenors. ) <br> ) | Consol. Court No. 23-00187 |

**ORDER**

On consideration of plaintiffs' motion to stay, ECF No. 147, and all other pertinent papers, it is hereby

ORDERED that the motion is granted.

Dated: _____, 2025         _____
       New York, NY                                JUDGE

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| GOVERNMENT OF CANADA, *et al.*, | ) |
| Plaintiffs, | ) |
| and | ) |
| CANFOR CORPORATION, *et al*. | ) |
| Plaintiff-intervenors, | ) |
| v. | ) Consol. Court No. 23-00187 |
| UNITED STATES, | ) |
| Defendant, | ) |
| and | ) |
| COMMITTEE OVERSEEING ACTION FOR LUMBER INTERNATIONAL TRADE INVESTIGATIONS OR NEGOTIATIONS; and SIERRA PACIFIC INDUSTRIES. | ) |
| Defendant-Intervenors. | ) |

**DEFEDNANT'S RESPONSE TO PLAINTIFF'S MOTION TO STAY**

Defendant, the United States, respectfully responds to the motion to stay requesting that the Court stay further supplemental briefing in this matter pending a ruling on the motion to strike filed by the Canadian Parties. ECF No. 147 (citing ECF No. 146). We do not oppose the requested stay because the scope of any subsequent supplemental briefing will be governed by the ruling on the motion to strike.

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General

|  |  |
|---|---|
|  | PATRICIA M. McCARTHY<br>Director<br><br>/s/  CLAUDIA BURKE<br>Deputy Director<br><br>/s/  STEPHEN C. TOSINI<br>Senior Trial Counsel<br>Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>P.O. Box 480, Ben Franklin Station<br>Washington, D.C. 20044<br>Tel.:  (202) 616-5196<br>Fax:  (202) 353-0461<br>Email:  stephen.tosini@usdoj.gov |
| February 6, 2025 | Attorneys for Defendant United States |