Form 18A-1

UNITED STATES COURT OF INTERNATIONAL TRADE      FORM 18A

| | |
|---|---|
| GOVERNMENT OF CANADA, et al., <br>         Plaintiff, <br><br> v. <br><br> UNITED STATES <br>         Defendant. | Court No.    23-00187 <br><br> and Attached Schedule |

**NOTIFICATION OF TERMINATION OF GOVERNMENT ATTORNEY ACCESS TO BUSINESS PROPRIETARY INFORMATION PURSUANT TO RULE 73.2(c)**

PLEASE TAKE NOTICE that **Elio Gonzalez**, an attorney with **U.S. Dept. of Commerce**, who previously entered an appearance on behalf of **United States** in this action [and the related actions listed in the attached schedule], is no longer participating in this action.  Please remove his/her CM/ECF access to business proprietary information and assure that he/she is no longer served with business proprietary information.

Date: 3/17/2025

Elio Gonzalez
Attorney

U.S. Department of Commerce
Agency

1401 Constitution Ave NW
Street Address

Washington, DC 20230
City, State and Zip Code

(202) 482-3765
Telephone Number

elio.gonzalez@trade.gov
E-mail Address

**Form 18A-2**

Schedule to Notification of Termination of Government Attorney
Access to Business Proprietary Information

| Court Number(s) | Case Name |
|---|---|
| 23-00188 | Canfor Corporation, et al. v. United States |
| 23-00189 | Committee Overseeing Action for Lumber International Trade Investigations or Negotiations v. United States |
| 23-00204 | Tolko Industries Ltd., et al. v. United States |
| 23-00206 | Resolute FP Canada, Inc., et al. v. United States |

(As added Dec. 4, 2012, eff. Jan. 1, 2013.)