

**UNITED STATES DEPARTMENT OF COMMERCE**
Office of the General Counsel
OFFICE OF THE CHIEF COUNSEL FOR TRADE ENFORCEMENT & COMPLIANCE
Washington, D.C. 20230

March 30, 2026

**FILED ELECTRONICALLY VIA CM/ECF**

Gina Justice
Clerk of the Court
U.S. Court of International Trade
One Federal Plaza
New York, NY  10278-0001

Re:     Redetermination Pursuant to Court Remand Order in
         *Government of Canada v. United States*, Consol. Court No. 23-00187

Dear Ms. Justice:

     Pursuant to the Court's orders of June 17, 2025 and February 13, 2026, please find attached the U.S. Department of Commerce's Redetermination Pursuant to Court Remand in the above-captioned action.  The remand redetermination is a public document.

     In accordance with Court Rule 56.2(h)(1), filing of the administrative record index for the remand proceeding will follow under separate cover.  Should you have any questions concerning the matter, please contact me at (202) 482-6035.

                    Respectfully submitted,

                    /s Vania Wang
                    Vania Wang
                    Attorney
                    Office of the Chief Counsel
                      for Trade Enforcement & Compliance

Attachment

Ms. Gina Justice
March 30, 2026
Page 2


cc:

Douglas Glenn Edelschick
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC  20530
douglas.edelschick@usdoj.gov

Amy Lentz
Steptoe LLP
1330 Connecticut Avenue, NW
Suite 578
Washington, DC 20036
alentz@steptoe.com

Rudi Will Planert
Taft Stettinius & Hollister LLP
1333 New Hampshire Avenue, NW
Suite 800
Washington, DC 20036
wplanert@taftlaw.com

Zachary J. Walker
Picard, Kentz & Rowe, LLP
1155 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
zwalker@pkrllp.com

Mark Burton Lehnardt
Law Offices of David L. Simon, PLLC
1025 Connecticut Avenue, NW
Suite 1000
Washington, DC 20036
mlehnardt@dltrade.com

Lynn Marie Fischer Fox
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
lynn.fischerfox@arnoldporter.com

Ms. Gina Justice
March 30, 2026
Page 3

Eric Samuel Parnes
Blank Rome, LLP
1825 Eye Street, NW
Washington, DC 20006
eric.parnes@blankrome.com

Nancy Aileen Noonan
ArentFox Schiff LLP
1717 K Street, NW
Washington, DC 20006
nancy.noonan@afslaw.com

Diana Dimitriuc-Quaia
ArentFox Schiff LLP
1717 K Street, NW
Washington, DC 20006
diana.dimitriuc-quaia@afslaw.com

Elliot Jay Feldman
Baker & Hostetler, LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, NW
Washington, DC 20036-5304
efeldman@bakerlaw.com

Henry David Almond
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
henry.almond@apks.com

Myles Samuel Getlan
Cassidy Levy Kent (USA) LLP
2112 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20037
mgetlan@cassidylevy.com

Jeffrey Sheldon Grimson
Mowry & Grimson, PLLC
5335 Wisconsin Avenue, NW
Suite 810
Washington, DC 20015-2052
jsg@mowrygrimson.com

Ms. Gina Justice
March 30, 2026
Page 3

Rajib Pal
Sidley Austin, LLP
1501 K Street, NW
Washington, DC 20005-1401
 rpal@sidley.com

Harold Deen Kaplan
Hogan Lovells US LLP
Columbia Square Building
555 Thirteenth Street, NW
Washington, DC 20004
deen.kaplan@hoganlovells.com

Jay Charles Campbell
White & Case, LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
jcampbell@whitecase.com

David J. Ross
Wilmer, Cutler, Pickering, Hale & Dorr, LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
david.ross@wilmerhale.com

Donald Harrison
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Avenue, NW
Suite 900
dharrison@gibsondunn.com