**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE THE HONORABLE JENNIFER CHOE-GROVES, JUDGE**

| | |
|---|---|
| The Government of Canada, *et al.*,<br><br>*Plaintiffs*,<br><br>Canfor Corporation, *et al.*,<br><br>and<br><br>Committee Overseeing Action for Lumber International Trade Investigations or Negotiations,<br><br>*Consolidated Plaintiffs*,<br><br>Canfor Corporation, *et al.*,<br><br>*Plaintiff-Intervenors*,<br><br>v.<br><br>The United States,<br><br>*Defendant*,<br><br>Committee Overseeing Action for Lumber International Trade Investigations or Negotiations, *et al.*,<br><br>*Defendant-Intervenors*. | **Consol. Court No. 1:23-cv-00187-JCG** |

**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Notice is hereby given that the Canadian Parties[1] in the above-named case hereby appeal to the United States Court of Appeals for the Federal Circuit the final judgement entered in this action on July 27, 2026.

[1] The Canadian Parties are the Government of Canada; the Governments of Alberta, Ontario, and Québec; the British Columbia Lumber Trade Council, Conseil de l'industrie forestière

Date: September 23, 2026

*/s/ Eric S. Parnes*
Eric S. Parnes
Joanne E. Osendarp
Tim Hruby
Chris Kimura
Layla Najjar
**Blank Rome LLP**
1825 Eye Street, NW
Washington, DC 20006
*Counsel to the Government of Canada*

*/s/ Lynn Fischer Fox*
Lynn Fischer Fox
**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
*Counsel to the Government of Alberta*

*/s/ H. Deen Kaplan*
H. Deen Kaplan
**Hogan Lovells Cadwalader US LLP**
Columbia Square Building
555 Thirteenth Street, NW
Washington, DC 20004
*Counsel to the Government of Ontario*

*/s/ Nancy Noonan*
Nancy Noonan
**ArentFox Schiff LLP**
1717 K Street, NW
Washington, DC 20006
*Counsel to the Government of Québec*

*/s/ Amy J. Lentz*
Amy J. Lentz
**Steptoe LLP**
1330 Connecticut Avenue, NW
Suite 578
Washington, DC 20036
*Counsel to the British Columbia Lumber Trade Council*

---

du Québec, and Ontario Forest Industries Association; as well as Canfor Corporation, Canadian Forest Products, Ltd., Canfor Wood Products Marketing Ltd., Carrier Forest Products Ltd., Carrier Lumber Ltd., Olympic Industries Inc., Olympic Industries ULC, Fontaine, Inc., Interfor Corporation, Interfor Sales & Marketing Ltd., Resolute FP Canada Inc., Tolko Industries Ltd., Tolko Marketing & Sales Ltd., Gilbert Smith Forest Products Ltd., West Fraser Mills Ltd., Chaleur Forest Products, Inc., Chaleur Forest Products, L.P., J.D. Irving, Limited, Delco Forest Products, Ltd., Devon Lumber Co., Ltd., H.J. Crabbe & Sons, Ltd., Langevin Forest Products, Inc., Marwood, Ltd., North American Forest Products, Ltd., and Twin Rivers Paper Co.

/s/ Mark B. Lehnardt
Mark B. Lehnardt
**David & Leiman P.C.**
1025 Connecticut Avenue, NW
Suite 1012
Washington, DC 20036
*Counsel to Fontaine Inc.*

/s/ Diana Dimitriuc Quaia
Diana Dimitriuc Quaia
**ArentFox Schiff LLP**
1717 K Street, NW
Washington, DC 20006
*Counsel to Interfor Corporation, Interfor Sales and Marketing Ltd., Chaleur Forest Products, Inc. and Chaleur Forest Products, L.P.*

/s/ Henry D. Almond
Henry D. Almond
**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
*Counsel to Tolko Industries Ltd., Tolko Marketing & Sales Ltd., and Gilbert Smith Forest Products Ltd.*

/s/ R. Will Planert
R. Will Planert
**Taft Stettinius & Hollister LLP**
1333 New Hampshire Avenue, NW
Suite 800
Washington, DC 20036
*Counsel to Canfor Corporation, Canadian Forest Products, Ltd., and Canfor Wood Products Marketing Ltd.*

/s/ Donald Harrison
Donald Harrison
**Gibson, Dunn & Crutcher LLP**
1050 Connecticut Avenue, NW
Suite 900
Washington, DC 20036-5306
*Counsel to West Fraser Mills Ltd.*

/s/ Jay Campbell
Jay Campbell
**White & Case LLP**
701 Thirteenth Street, NW
Washington, DC 20005-3807
*Counsel to J.D. Irving, Limited*

/s/ Rajib Pal
Rajib Pal
**Sidley Austin LLP**
1501 K Street, NW
Washington, DC 20005
*Counsel to Delco Forest Products Ltd., Devon Lumber Co. Ltd., H.J. Crabbe & Sons Ltd., Langevin Forest Products Inc., Marwood Ltd., North American Forest Products Ltd., and Twin Rivers Paper Co. Inc.*

/s/ Elliot J. Feldman
Elliot J. Feldman
**Baker & Hostetler LLP**
1050 Connecticut Avenue, NW
Washington, DC 20036-5304
*Counsel to Resolute FR Canada Inc., Conseil de l'industrie forestiere du Quebec, and the Ontario Forest Industries Association*

_/s/ Kristin H. Mowry_
Kristin H. Mowry
**Mowry & Grimson PLLC**
5335 Wisconsin Avenue, NW
Suite 810
Washington, DC 20015-2052
*Counsel to Carrier Forest Products Ltd., Carrier Lumber Ltd., Olympic Industries Inc., and Olympic Industries ULC*

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 23rd day of September 2026, "NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Eric S. Parnes*
Eric S. Parnes