# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

September 29, 2026

## NOTICE OF DOCKETING

**Federal Circuit Docket No.:** 2026-2327

**Federal Circuit Short Caption:** Government of Canada v. US

**Date of Docketing:** September 29, 2026

**Originating Tribunal:** United States Court of International Trade

**Originating Case No.:** 1:23-cv-00187-JCG

**Appellants:** Government of Canada, Government of Alberta, Government of Quebec, British Columbia Lumber Trade Council, Fontaine Inc., Interfor Corp., Interfor Sales and Marketing Ltd., Canfor Corp., Canadian Forest Products, Ltd., Canfor Wood Products Marketing, Ltd., Tolko Industries Ltd., Tolko Marketing and Sales Ltd., Gilbert Smith Forest Products Ltd., Resolute FP Canada Inc., Conseil de l'Industrie forestiere du Quebec, Ontario Forest Industries Assoc., Government of Ontario, Carrier Forest Products Ltd., Carrier Lumber Ltd., Olympic Industries Inc., Olympic Industries ULC, West Fraser Mills Ltd., Chaleur Forest Products Inc., Chaleur Forest Products L.P., Delco Forest Products Ltd., Devon Lumber Co. Ltd., H.J. Crabbe & Sons Ltd., J.D. Irving, Limited, Langevin Forest Products Inc., Marwood Ltd., North American Forest Products Ltd., Twin Rivers Paper Co. Inc.

A notice of appeal has been filed and assigned the above Federal Circuit case number. The court's official caption is included as an attachment to this notice. Unless otherwise noted in the court's rules, the assigned docket number and official caption or short caption must be included on all documents filed with this Court. It is the responsibility of all parties to review the Rules for critical due dates. The assigned deputy clerk is noted below and all case questions should be directed to the Case Management section at (202) 275-8055.

**FEE PAYMENT:** The filing fee has been paid.

The following filings are due within 14 days of this notice:

- Entry of Appearance or Notice of Unrepresented Person. (Fed. Cir. R. 47.3.)
- Certificate of Interest. (Fed. Cir. R. 47.4; not required for unrepresented and federal government parties unless disclosing information under Fed. Cir. R. 47.4(a)(6))
- Docketing Statement. (Fed. Cir. R. 47.6 and the Mediation Guidelines; no docketing statement is required in cases with an unrepresented party)
- Statement Concerning Discrimination in MSPB or arbitrator cases. (Fed. Cir. R. 15(c); completed by petitioner only)

**FILING DOCUMENTS:** Each counsel representing a party must be a member of the court's bar and registered for the court's electronic filing system. Parties represented by counsel must make all filings through the court's electronic filing system.

Unrepresented parties may choose to submit case filings to the court either in paper or through the court's electronic filing system; electronic filing will only be permitted for unrepresented parties after successful registration for the court's electronic filing system and submission of a completed Notice of Unrepresented Person Appearance. Fed. Cir. R. 25(a). The court's Electronic Filing Procedures may be accessed at www.cafc.uscourts.gov/contact/clerks-office/filing-resources.

**CONTACT INFORMATION:** Electronic filers, or unrepresented parties registered to receive electronic service, must update their contact information in their PACER service center profile whenever their contact information changes. Counsel must file an amended Entry of Appearance and unrepresented parties must file an amended Notice of Unrepresented Person Appearance whenever contact information changes. Fed. Cir. R. 25(a)(5).

**OFFICIAL CAPTION:** The court's official caption is attached and reflects the lower tribunal's caption pursuant to Fed. R. App. P. 12(a), 15(a), and 21(a). Please review the caption carefully and promptly advise this court in writing of any improper or inaccurate designations.

Jarrett B. Perlow
Clerk of Court

By: I. Hammer, Deputy Clerk

**Attachments:**

- Official caption

**cc:** United States Court of International Trade

**Official Caption**

**GOVERNMENT OF CANADA, GOVERNMENT OF ALBERTA, GOVERNMENT OF QUEBEC, BRITISH COLUMBIA LUMBER TRADE COUNCIL, FONTAINE INC., INTERFOR CORP., INTERFOR SALES AND MARKETING LTD., CANFOR CORP., CANADIAN FOREST PRODUCTS, LTD., CANFOR WOOD PRODUCTS MARKETING, LTD., TOLKO INDUSTRIES LTD., TOLKO MARKETING AND SALES LTD., GILBERT SMITH FOREST PRODUCTS LTD., RESOLUTE FP CANADA INC., THE CONSEIL DE L'INDUSTRIE FORESTIERE DU QUEBEC, THE ONTARIO FOREST INDUSTRIES ASSOC., GOVERNMENT OF ONTARIO, CARRIER FOREST PRODUCTS LTD., CARRIER LUMBER LTD., OLYMPIC INDUSTRIES INC., OLYMPIC INDUSTRIES ULC, WEST FRASER MILLS LTD., CHALEUR FOREST PRODUCTS INC., CHALEUR FOREST PRODUCTS L.P., DELCO FOREST PRODUCTS LTD., DEVON LUMBER CO. LTD., H.J. CRABBE & SONS LTD., J.D. IRVING, LIMITED, LANGEVIN FOREST PRODUCTS INC., MARWOOD LTD., NORTH AMERICAN FOREST PRODUCTS LTD., TWIN RIVERS PAPER CO. INC.,**
*Plaintiffs-Appellants*

**AJ FOREST PRODUCTS LTD., ER PROBYN EXPORT LTD., RAYONIER A.M. CANADA G.P., SCIERIE ALEXANDRE LEMAY & FILS INC., CANADA G.P.,**
*Plaintiffs*

**v.**

**UNITED STATES, COMMITTEE OVERSEEING ACTION FOR LUMBER INTERNATIONAL TRADE INVESTIGATIONS OR NEGOTIATIONS, SIERRA PACIFIC INDUSTRIES,**
*Defendants-Appellees*

**Short Caption**

Government of Canada v. US