**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE THE HONORABLE JENNIFER CHOE-GROVES, JUDGE**

| | |
|---|---|
| **GOVERNMENT OF CANADA, *et al.*,**<br><br>**Plaintiffs,**<br><br>**and**<br><br>**COMMITTEE OVERSEEING ACTION FOR LUMBER INTERNATIONAL TRADE INVESTIGATIONS OR NEGOTIATIONS, *et al.*,**<br><br>**Consolidated Plaintiffs,**<br><br>**v.**<br><br>**UNITED STATES,**<br><br>**Defendant,**<br><br>**and**<br><br>**COMMITTEE OVERSEEING ACTION FOR LUMBER INTERNATIONAL TRADE INVESTIGATIONS OR NEGOTIATIONS, *et al.*,**<br><br>**Defendant-Intervenors.** | **Consol. Court No. 1:23-cv-00187-JCG** |

**CONSOLIDATED PLAINTIFF'S NOTICE OF APPEAL**

Notice is hereby given that Consolidated Plaintiff Committee Overseeing Action for Lumber International Trade Investigations or Negotiations hereby appeals to the United States Court of Appeals for the Federal Circuit the judgement entered in this action on July 27, 2026.

Respectfully submitted,

*/s/ Zachary J. Walker*

Andrew W. Kentz
Whitney M. Rolig
Zachary J. Walker

**PICARD KENTZ & ROWE LLP**
1155 Connecticut Avenue NW
Suite 700
Washington, DC 20036
(202) 888-0595
zwalker@pkrllp.com

*Counsel to the Committee Overseeing Action for Lumber International Trade Investigations or Negotiations*

Dated: October 6, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of October 2026, I electronically filed a copy of the foregoing Notice of Appeal using the CM/ECF system, which sent a notification of such filing to counsel of record.

*/s/ Zachary J. Walker*
Zachary J. Walker